UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA MARGIS,

                             NO. CIV. S-12-1869 LKK/GGH

       Plaintiff,

   v.

                             O R D E R

U.S. BANK NATIONAL
ASSOCIATION, and SAND
CANYON f/k/a OPTION ONE
MORTGAGE CORPORATION,

       Defendants.

_____/

    Plaintiff, proceeding pro se, has presented to this court an application for a Temporary Restraining Order.  As best the court can tell from the papers submitted, plaintiff objects to certain State court proceedings that will allow defendants to "execut[e] the judgment on unlawful detainer," or in other words, evict her. However it appears that the eviction is currently subject to a State court "stay pending appeal."  Finally, it appears that there is a hearing in State court on July 17, 2012, on whether that stay should be lifted.

////

1

1    Plaintiff seems to be requesting that this court (1) stay the

2 eviction itself, and/or (2) enjoin the State court hearing on

3 whether the stay on the eviction should be lifted.

4    This court cannot grant the requested TRO.

5    This court cannot enjoin or otherwise interfere with the State

6 court proceeding, including the hearing on whether the stay should

7 be lifted.  See 28 U.S.C. § 2283 (prohibiting stay of State court

8 proceedings).  The court is aware of no exception to this rule that

9 could apply in this case.  See, e.g., McFarland v. Scott, 512 U.S.

10 849, 857 (1994) (exception for federal habeas corpus); Mitchum v.

11 Foster, 407 U.S. 225 (1972) (exception for 42 U.S.C. § 1983).

12    Moreover, it appears to be premature for this court to even

13 consider enjoining the eviction, since it is already subject to a

14 State court stay.  The stay may well be extended at the July 17,

15 2012 hearing, rendering this application even more premature.  Even

16 if there is a cognizable claim here for enjoining the eviction, it

17 is not ripe as long as the State court stay – already enjoining the

18 eviction – is still in place.

19    Accordingly, plaintiff's application for a TRO is hereby

20 **DENIED**.

21    IT IS SO ORDERED.

22    DATED:  July 17, 2012.

23

24    _____
      LAWRENCE K. KARLTON

25    SENIOR JUDGE
      UNITED STATES DISTRICT COURT

26