IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA MARGIS,

    Plaintiff,                                    NO. 2:12-cv-1869 LKK GGH PS

    vs.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.                                ORDER

/

Defendants' motion to dismiss presently is calendared for hearing on September 20, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

Accordingly, IT IS ORDERED that:

1. The September 20, 2012 hearing on the motion to dismiss, filed August 8, 2012, is vacated; and

2. The motion is submitted on the record.

DATED: September 13, 2012

                                      /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:076:Margis1869.vac.wpd