UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARGIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK. N.A., et al.,<br><br>　　　　Defendants. | No.  2:12-cv-1869 LKK GGH PS<br><br><br>ORDER |

　　　　On May 9, 2013, plaintiff filed two "notice[s] of pendency of action."  This action was closed on March 29, 2013.  Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, these documents will be placed in the file and disregarded.

　　　　　　　　IT IS SO ORDERED.

Dated: April 4, 2014

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Margis1869.58

1